GERTRUDE TICE, Appellant, *v.* OPPENHEIM COLLINS & Co., Respondent.

Argued May 16, 1949; decided May 26, 1949.

*William J. Sernoffsky* and *Maurice Yellen* for appellant.

*William B. H. Sawyer* and *Merrill G. Windelberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, DESMOND, DYE and BROMLEY, JJ. LOUGHRAN, Ch. J., CONWAY and FULD, JJ., dissent upon the ground that the issues as to negligence and contributory negligence were proper for submission to the jury.